# Court of Appeals
# of the State of Georgia

ATLANTA,___June 16, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15I0135.  KATIA SEVILLA-CARCAMO v. THE STATE.**

We dismissed this application for interlocutory appeal because the certificate of immediate review was not signed by the same judge who entered the order to be appealed.  Applicant Katia Sevilla-Carcamo seeks reconsideration, attaching evidence that the judge who signed the order was unavailable to execute the certificate.  For good cause shown, see *Freemon v. Dubroca*, 177 Ga. App. 745 (1) (341 SE2d 276) (1986), the motion for reconsideration is hereby GRANTED.  Our previous order dismissing this application is VACATED, and the application is REINSTATED.

Upon review of the merits of the application, it is hereby GRANTED.  Sevilla-Carcamo shall have ten days from the date of this order to file a notice of appeal in the trial court.  The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____* 06/16/2015 _____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*